THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In The Interest of Alex T. G., A Juvenile Under The Age of Seventeen,       
Appellant.
 
 
 

Appeal From Horry County
H. E. Bonnoitt, Jr., Family Court Judge

Unpublished Opinion No. 2003-UP-710
Submitted September 17, 2003  Filed December 9, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H, Richardson, 
 all of Columbia;  and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Appellant, Alex T.G., appeared 
 before the family court on charges of first degree criminal sexual conduct with 
 a minor, shoplifting, and contempt of court for violating a previous school 
 attendance order.  Appellant proceeded to trial on the criminal sexual conduct 
 with a minor charge and was adjudicated delinquent of assault with intent to 
 commit criminal sexual conduct with a minor in the first degree.  He subsequently 
 pled guilty on the truancy contempt charge, and the State nol prossed the shoplifting 
 charge.  The court ordered appellant committed to the Department of Juvenile 
 Justice for an indeterminate period not to exceed his twenty-first birthday 
 on the CSC charge and a concurrent commitment of thirty days on the contempt 
 of court for truancy charge.  We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 HUFF, STILWELL, and BEATTY, JJ., concur.